The decision in the defendant's appeal disposes also of the question in this appeal. As we have held that there should be a new trial, and as the judgment in favor of plaintiff has been set aside, there can be no amendment of it. The result in the other appeal really makes this appeal unnecessary, and it is dismissed accordingly.
Appeal dismissed.
Cited: Aiken v. Ins. Co., 173 N.C. 409 (5c); Potato Co. v. Jeanette,174 N.C. 240 (5c); Power Co. v. Power Co., 175 N.C. 670, S. c.; Kornegay v.Goldsboro, 180 N.C. 452, 454 (1c); Retreat Asso. v. Development Co.,183 N.C. 44 (3c); Man v. Archbell, 186 N.C. 74 (5c); Power Co. v. Power Co.,186 N.C. 180, 184, S. c.; Erskine v. Motor Co., 187 N.C. 832 (5c); PowerCo. v. Power Co., 188 N.C. 129, 131, S. c.; Sams v. Cochran, 188 N.C. 734
(5c); Sugg v. Engine Co., 193 N.C. 816 (5c); Power Co. v. Taylor,195 N.C. 56 (5c); Bank v. Bank, 197 N.C. 532 (5c); Wallace v. Bellamy,199 N.C. 764 (5c); McGuinn v. High Point, 217 N.C. 456 (4c);Yadkin County v. High Point, 217 N.C. 467 (8c).
(260)